UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Brian Charles
Schwager —E Birth—
Name], too.
_____
(Enter above the full name of
plaintiff in this action)

v.

micheal A. E
Patient]
_____
_____
_____
(Enter above the full name of
the defendant(s) in this action)

Docket No. # =
CIVIL CASE NO: MJ - 38161 - CR - 0000193 -
(to be supplied by Clerk     2023
of the District Court)

**FILED
SCRANTON**

OCT 18 2023

PER___S/___
DEPUTY CLERK

## COMPLAINT

1. The plaintiff Brian (Adam) Schwager _____ a citizen of

the County of Montgomery Co., Pa. _____ State of

Pennsylvania, residing at Norristown State Hospital _____

wishes to file a complaint under Michelle A —E patient], fashen Removed out,
(give Title No. etc.)
out, my = hand, watching NLF Football → Sunday, afternoon,
there, talked / trying to: talking, my = Right — Eye, out... with his finger!

2. The defendant is _____

_____

3. STATEMENT OF CLAIM: (State below the facts of your case.  If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. WHEREFORE, plaintiff prays that I was watching, sunday, afternoon FootBall, [Patient]: mr. micheal A., taken thee = Re-motes, but my Hands, then tryed, to = taken, my = Right ⟶ Eye, out ... w/ his : fingers. In = thee ⟶ Day - Room, onto T.V., HFL FootBall / Sunday, afternoon, Day, But, if? Kelvin Keel, was > watching, FootBall, micheal A. [Patient], wouldn't do that to this If, was : watching FootBall, too.

Brian (Adam) Charles Schwager
(Signature of Plaintiff)

BriaN (Adam) chartes schwAGeR
loor sterigere street
Norristown, Pa.   19401 - 5300

PHILADELPHIA

US POSTAGE IMI PITNEY BOWES

16 OCT 2023 PM

ZIP 19401
02. 4W   $ 000.87⁰
0000375623 OCT. 16. 2023

Office of the clerk
RECEIVED u.s. District Court
SCRANTON middle District of PA.

OCT. 1 8 2023   william J. NeaLoN - Federal   Bldg. & u.s.
                                                      courthouse
PER _____
      DEPUTY CLERK     235 North washington Avenue
                              P.o. Box 1148

                          Secranton, Pa.